Case 2:24-mj-06544-DUTY   Document 2   Filed 10/27/24   Page 1 of 1   Page ID #:39

2:24-mj-06544-DUTY

FILED
October 27, 2024
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___ DEPUTY

FINDING RE PROBABLE CAUSE BASED UPON CRIMINAL COMPLAINT

On Sunday, October 27, 2024, at __11:33__ a.m., Special Agent Jiongwei Cassidy Liu of the Homeland Security Investigations telephonically appeared before me regarding the probable cause arrest of defendant CYNTHIA SONG, aka "Iris Song," aka "Xin Wang," occurring on Friday, October 25, 2024, at approximately 2:06 p.m. near Westmoreland, California.

Having reviewed the criminal complaint and agent's affidavit in support of the complaint, a copy of which is attached hereto, the Court finds that there **exists** probable cause to arrest defendant CYNTHIA SONG for a violation of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering).

/__x__/ It is ordered that defendant CYNTHIA SONG be held to answer for proceedings under Federal Rules of Criminal Procedure 5 / 40 on Monday, October 28, 2024, at 1:30 p.m. before the Duty Magistrate Judge.

DATED: October 27, 2024, at __11:33__ a.m.

_Jacqueline Chooljian_
THE HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE